UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-22291-FAM

JORGE FELIX PERERA, JR.,

    Plaintiff,

vs.

AMERICAN BANCSHARES MORTGAGE, LLC,
a Florida limited liability company, and
JOHN A. COSCULLUELA, individually,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff Jorge Felix Perera, Jr., by and through the undersigned counsel and pursuant to this Court's Notice of Court Practice in FLSA Cases [D.E. 10], hereby files his Statement of Claim and states as follows:

1. This Statement of Claim is being filed prior to taking any discovery in this matter. As a result, the information contained herein may be subject to change.

2. Defendant American Bancshares Mortgage, LLC failed to specifically identify what compensation corresponds to each specific workweek. Instead, the documents possessed by Plaintiff identify a period greater than one work week.

3. In addition, the compensation identifies "commission" payments without specifying what period the "commissions" cover. Therefore, the calculations in this Statement of Claim are necessarily general estimates.

4. The time period covered in this Statement of Claim is from June 20, 2013 through May 4, 2016 (the "Relevant Period").

1

5. During the Relevant Period, Plaintiff worked an average of approximately 57.5 hours a week.

**OVERTIME COMPENSATION OWED**

| Year | Total Compensation During Relevant Period Per Year | Hourly Rate[1] | Number of Unpaid OT Hours On Yearly Basis[2] | Total Unpaid OT At Time-And-A-Half | Liquidated Amount Due |
|---|---|---|---|---|---|
| 2013 | $198,041.03 | $176.82 | 490 | $129,962.70 | $259,925.40 |
| 2014 | $510,800.67 | $245.58 | 910 | $335,216.70 | $670,433.40 |
| 2015 | $787,169.54 | $378.45 | 910 | $516,584.25 | $1,033,168.50 |
| 2016 | $237,580.93[3] | $456.87 | 227.5 | $155,906.89 | $311,813.78 |
| TOTAL | | | | $1,137,670.54 | $2,275,341.08 |

**MINIMUM WAGE COMPENSATION OWED**

| Date | Time At Issue | Minimum Wage | Hours At Issue | Total Unpaid | Liquidated Amount Due |
|---|---|---|---|---|---|
| April 2016 | 4 Weeks | $8.05 | 230 | $1,851.50 | $3,703.00 |
| May 2016 | 3 Days | $8.05 | 34.5 | $277.72 | $555.44 |
| TOTAL | | | | $2,129.22 | $4,258.44 |

---

[1] This section divides the total compensation during the relevant period on a yearly basis by the number of workweeks worked during the same period divided by 40 hours.

[2] This section multiplies the average number of overtime hours worked by Plaintiff per week by the number of workweeks worked in a particular year.

[3] Additional information is needed through discovery to determine the precise amount of compensation received by Perera in 2016.

2

## ATTORNEYS' FEES INCURRED TO DATE

| Hourly Rate | Amount of Hours | Fees |
|---|---|---|
| $360.00 | 17.6 | $6,336.00 |
| $300.00 | 9.6 | $2,880.00 |
| | | |
| TOTAL | | $9,216.00 |

Dated: July 11, 2016                          Respectfully submitted,

                                            By: */s/ Jennifer Saltz Bullock*
                                            Jennifer Saltz Bullock, Esq.
                                            Florida Bar No. 866881
                                            jbullock@stearnsweaver.com
                                            **STEARNS WEAVER MILLER WEISSLER**
                                              **ALHADEFF & SITTERSON, P.A.**
                                            New River Center, Suite 2100
                                            200 East Las Olas Boulevard
                                            Fort Lauderdale, Florida  33301
                                            Telephone: 954-462-9500
                                            Facsimile:  954-462-9567
                                            *Co-Counsel for Plaintiff*

                                            J. Freddy Perera, Esq.
                                            Florida Bar No. 93625
                                            fperera@stearnsweaver.com
                                            **STEARNS WEAVER MILLER WEISSLER**
                                              **ALHADEFF & SITTERSON, P.A.**
                                            Museum Tower, Suite 2200
                                            150 West Flagler Street
                                            Miami, Florida 33130
                                            Telephone: 305-789-3200
                                            Facsimile:  305-789-3395
                                            *Co-Counsel for Plaintiff*

                                            Kelly A. Mcgovern, Esq.
                                            Florida Bar No. 28121
                                            kmcgovern@kapfirm.com
                                            **LAW OFFICE OF**
                                            **KELLY A. MCGOVERN, P.A.**
                                            226 N. Latitude Circle, #309
                                            Delray Beach, Florida 33483
                                            Telephone: 305-753-7233
                                            Facsimile: 561-634-4252

                                            *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2016, the foregoing document was served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jennifer Saltz Bullock*
JENNIFER SALTZ BULLOCK, ESQ.

## SERVICE LIST
*Jorge Felix Perera, Jr. v. American Bancshares Mortgage, LLC, et al.*
CASE NO. 1:16-cv-22291-FAM
United States District Court, Southern District of Florida

Alan J. Kluger, Esq.
akluger@klugerkaplan.com;
Fla. Bar No.: 200379
Lisa J. Jerles, Esq.
Fla. Bar No.: 56092
ljerles@klugerkaplan.com;
Jamie L. Zuckerman, Esq.
Fla. Bar No.: 71303
jzuckerman@klugerkaplan.com;
**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.,**
Miami Center, Twenty-Seventh Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-379-9000
Facsimile: 305-379-3428

*Counsel for American Bancshares Mortgage LLC,
and John A. Cosculluela,*

#5065946 v2